**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

October 26, 2007

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: United States v. Mario Ghiradelli
            <u>07 Cr. 391 (RJH)</u>

Dear Judge Holwell:

    Please find enclosed the original and one copy of a Proposed Order setting the conditions for Release or the defendant Mario Ghiradelli as agreed upon before the Court during the status conference conducted on October 19, 2007.

    Assuming such request meets with the court's approval, kindly have the Court's Deputy forward the Order to the Magistrate Court Clerk's Office to facilitate the preparation and singing of the bond for the proposed sureties.

                                       Respectfully submitted,

                                       Alan M. Nelson, Esq.

cc: AUSA Todd Blanche

enclosure
AMN/en

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA
                -v-                          ORDER FOR CONDITIONS
                                             OF RELEASE
MARIO GHAIRADELLI
                                             07 CR 391 (RJH)
                    Defendant
------------------------------------------------------X
```

Upon the application of the defendant, MARIO GHAIRADELLI,

by his attorney, Alan M. Nelson, Esq., it is hereby:

ORDERED, that the defendant's be released from custody upon the following Bond:

1. $200,000 Personal Recognizance Bond;

2. Secured by the signatures of two financially secure individuals approved by the United States Attorney's Office; and

3. $5,000 United States Currency or Property;

4. Drug Testing as Ordered by Pre-Trial Services;

5. Surrender of Passport and no application to acquire new Passport;

6. Travel restricted to the Southern and Eastern Districts of New York and the Districts within the State of Maryland.

SO ORDERED

_____

HONORABLE RICHARD J. HOLWELL U.S.D.J.

Dated: New York, New York
       October    , 2007