```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

           - v -

MARIA GHIRARDELLI

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

07 Cr. 00391 - 02 (RJH)

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge D. Freeman, on January 28, 2008;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

    SO ORDERED

Dated: New York, New York ~~, 2003~~
February 07, 2008

                                                     Richard J. Holwell
                                                     United States District Judge