USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

       v.                           :

MARIO GHIRARDELLI,                :

       Defendant.                   :

- - - - - - - - - - - - - - - - -x

**ORDER**

07 Cr. 391 (RJH)

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Debra Freeman, United States Magistrate Judge, on January 28, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 391 (RJH) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

    IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: April 8 ~~March~~ ____, 2008.

                                   The Honorable Richard J. Holwell
                                   United States District Judge